UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ELEANOR CAPOGROSSO,                 :
                                    :
                    Plaintiff,      :
        v.                          :    07-CV-2722
                                    :
                                    :    **Order**
ANTHONY F. LECRICHIA                :
                    Defendant.      :
                                    :
------------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/09

     The Court has received a letter from Plaintiff, dated March 30, 2009, requesting that this case be consolidated with a state court action.  That request is DENIED.

     In addition, if Plaintiff wishes this case to be remanded to state court, she may file the appropriate motion to that effect with this Court.


SO ORDERED:

                                    _____
                                    Barbara S. Jones
                                    UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         April 2, 2009