UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - :
ELEANOR CAPOGROSSO,                          : 07 Civ. 2722 (BSJ) (JCF)
                                             :
                    Plaintiff,               :      O R D E R
                                             :
      - against -                            :
                                             :
ANTHONY F. LeCRICHIA,                        :
                                             :
                    Defendant.               :
- - - - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

      Plaintiff's  counsel  having  submitted  a  letter  motion  to

withdraw, it is hereby ORDERED that plaintiff and defendant submit

any response to the application of plaintiff's counsel by October

15, 2009.


                    SO ORDERED.

                    _James C. Francis IV_____
                    JAMES C. FRANCIS IV
                    UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          October 6, 2009

Copies mailed this date:

Robert M. Rosenblith, Esq.
100 Red Schoolhouse Road
Building A, Unit 7C
Chestnut Ridge, New York 10977

Eleanor Capogrosso, Esq.
Eleanor Capogrosso, PLLC
122 East 42nd Street, Suite 1616
New York, New York 10168

Bruce H. Lederman, Esq.
Lederman, Abrahams & Lederman LLP
567 Broadway
Massapequa, New York 11758

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/09

1